SEALED

1  McGREGOR W. SCOTT
   United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

FEB 16 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10
   IN THE MATTER OF THE APPLICATION          CASE NO. 2 1 8 - SW - 1 3 4      EFB
11 OF THE UNITED STATES OF AMERICA
   FOR AN ORDER AUTHORIZING THE
12 INSTALLATION AND USE OF PEN               [PROPOSED] ORDER
   REGISTERS AND TRAP AND TRACE
13 DEVICES FOR A CELLULAR TELEPHONE
   ASSIGNED CALL NUMBER (209) 420-4511       **UNDER SEAL**
14

15
                              **ORDER**
16
         AMANDA BECK, on behalf of the United States, has submitted an application pursuant to 18
17
   U.S.C. §§ 3122 and 3123, requesting that the Court issue an Order authorizing the installation and use of
18
   pen registers and trap and trace devices ("pen-trap devices") on the cell phone number described in
19
   Attachment A, which is incorporated into this Order by reference.
20
         The Court finds that an attorney for the government has submitted the application and has
21
   certified that the information likely to be obtained by such installation and use is relevant to an ongoing
22
   criminal investigation being conducted by the ATF of unknown individuals in connection with possible
23
   violations of INSERT LAW(S) VIOLATED.
24
         IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 3123, that ATF may install and use
25
   pen-trap devices to record, decode, and/or capture dialing, routing, addressing, and signaling
26
   information associated with each communication to or from the cell phone number described in
27

28

ORDER                                      1

Attachment A, including the date, time, and duration of the communication, and the following, without geographic limit:

- IP addresses associated with the cell phone device or devices used to send or receive electronic communications
- Any unique identifiers associated with the cell phone device or devices used to make and receive calls with cell phone number described in Attachment A, or to send or receive other electronic communications, including the ESN, MEIN, IMSI, IMEI, SIM, MSISDN, or MIN
- IP addresses of any websites or other servers to which the cell phone device or devices connected
- Source and destination telephone numbers and email addresses

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3123(c)(1), that the use and installation of the foregoing is authorized for sixty days from the date of this Order;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. §§ 3123(b)(2) and 3124(a)-(b), that AT&T and any other person or entity providing wire or electronic communication service in the United States whose assistance may, pursuant to 18 U.S.C. § 3123(a), facilitate the execution of this Order shall, upon service of this Order, furnish information, facilities, and technical assistance necessary to install the pen-trap devices, including installation and operation of the pen-trap devices unobtrusively and with minimum disruption of normal service;

IT IS FURTHER ORDERED that the ATF reasonably compensate AT&T and any other person or entity whose assistance facilitates execution of this Order for reasonable expenses incurred in complying with this Order;

IT IS FURTHER ORDERED that AT&T and any other person or entity whose assistance may facilitate execution of this Order notify the applicant and the ATF of any changes relating to the cell phone number described in Attachment A, including changes to subscriber information, and to provide prior notice to the ATF before terminating or changing service to the cell phone number;

IT IS FURTHER ORDERED that the ATF and the applicant have access to the information collected by the pen-trap devices as soon as practicable, twenty-four hours per day, or at such other

1  times as may be acceptable to the ATF, for the duration of the Order;

2  IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3123(d)(2), that AT&T and any other

3  person or entity whose assistance facilitates execution of this Order, and their agents and employees,

4  shall not disclose in any manner, directly or indirectly, by any action or inaction, the existence of the

5  application and this Order, the pen-trap devices, or the investigation to any person, unless and until

6  otherwise ordered by the Court, except that AT&T may disclose this Order to an attorney for AT&T for

7  the purpose of receiving legal advice;

8  IT IS FURTHER ORDERED that the Clerk of the Court shall provide the United States

9  Attorney's Office with three certified copies of this application and Order, and shall provide copies of

10  this Order to the ATF and AT&T upon request;

11  IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise

12  ordered by the Court, pursuant to 18 U.S.C. § 3123(d)(1).

13

14  Dated:   2-15-2018

Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE

15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ATTACHMENT A

AT&T

| Facility | Subject of investigation, if known |
|---|---|
| (209) 420-4511 | Christian Carlos OROZCO |